No. 500. THOMAS J. CASEY *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John T. Casey* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.